**2:10-cv-00243-TMH-CSC**

**Weeks v. Mason (INMATE1)**

**DOCUMENT 19 has been stricken as an erroneous entry.**