IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY CHESTER WEEKS, # 133602, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10cv243-TMH |
| | ) (WO) |
| OFFICER MASON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On July 26, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 17). After being given an additional opportunity to file a response, the plaintiff has filed nothing. *See* Doc. # 22. Accordingly, upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the plaintiff's abandonment of his claims, his failure to comply with the orders of the court and his failure to properly continue prosecution of this action.

Done this the 15th day of December, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE